UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-04079-KK-AYPx** | Date: | July 22, 2026 |
|---|---|---|---|
| Title: | ***Moises Samuel Delgado Santoya v. Department of Homeland Security et al.*** | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings: (In Chambers) Order Denying Ex Parte Motion for Temporary Restraining Order [Dkt. 2]**

On April 27, 2026, petitioner Moises Samuel Delgado Santoya ("Petitioner"), proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("First Petition"). First Petition, Moises Samuel Delgado Santoya v. Department of Homeland Security et al. ("Santoya I"), No. EDCV 26-02233-KK-AYPx (C.D. Cal. Apr. 27, 2026), ECF Docket No. ("Dkt.") 1. The First Petition presented claims under 8 U.S.C. § 1231(a)(6) and the Due Process Clause of the Fifth Amendment and sought Petitioner's immediate release from U.S. Immigration and Customs Enforcement ("ICE") custody. Id. On June 25, 2026, the Court entered judgment denying the First Petition. Id. at 13-15; Judgment, Santoya I (C.D. Cal. June 25, 2026), Dkt. 23.

On July 20, 2026, Petitioner, again proceeding pro se, commenced the instant action by filing a second Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Second Petition"), presenting claims on the same grounds as the First Petition. Dkt. 1, Second Petition ("Pet.") at 14, 18. The Second Petition again seeks Petitioner's release from his current detention in ICE custody. Id. at 7. On the same day, Petitioner filed the instant Ex Parte Motion for Temporary Restraining Order ("Motion"). Dkt. 2, Motion ("Mot."); Dkt. 3. The Motion seeks leave to file the Second Petition. Dkt. 3 at 2.

While the Court makes no finding as to the appropriateness of emergency relief in other cases, under the circumstances of the instant case in which the Court denied the First Petition less than one month ago and Petitioner has already filed the Second Petition, Petitioner cannot demonstrate the requisite basis for emergency relief. See Winter v. Nat. Res. Def. Council, 555 U.S. 7, 20 (2008) ("[Petitioner] must establish . . . that he is likely to suffer irreparable harm in the

absence of preliminary relief."). Thus, the Court concludes Petitioner is not entitled to ex parte relief, and the Motion is **DENIED**.

Further proceedings on the merits of the Petition are referred to the Magistrate Judge. Any objections to Report and Recommendations issued by the Magistrate Judge shall be filed no later than three (3) days from the date of the Report and Recommendation.

**IT IS SO ORDERED**.