UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES SAMUEL DELGADO SANTOYA,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al,<br><br>Respondents | Case No. 5:26-cv-04079-KK-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On November 5, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation denying Petitioner

Moises Samuel Delgado Santoya's ("Petitioner") petition for a writ of habeas corpus (the "Petition"). (Dkt. No. 12 ("R&R").)

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein, and the R&R of the Magistrate Judge. The parties have not submitted any Objections to the findings in the R&R.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted; and

(2) Judgment shall be entered DENYING the Petition.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: November 24, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE