JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES SAMUEL DELGADO SANTOYA,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al<br><br>Respondents. | Case No. 5:26-cv-04079-KK-AYP<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is denied; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: November 24, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE